IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

ALLISON PELCHER, *et al.,*

               Plaintiffs,

                                      Civil Action No. 5:10-CV-1506

    vs.

I-FLOW CORPORATION,

              Defendant.
_____

APPEARANCES:                            OF COUNSEL:

Janet, Jenner Law Firm             Lindsay S. Katz, Esq.
1829 Reistertown Road             Brian D. Ketterer, Esq.
Suite 320                                   Elisha N. Hawk, Esq.
Baltimore, MD 21208              Justin A. Browne, Esq.
Attorneys for Plaintiffs             Robert K. Jenner, Esq.

Cohen, Malad Law Firm            Gregory L. Laker, Esq.
One Indiana Square                Irwin B. Levin, Esq.
Suite 1400                                  Jeff. S. Gibson, Esq.
Indianapolis, IN 46204
Attorneys for Plaintiffs

Segal, McCambridge Law Firm      Erich J. Gleber, Esq.
850 Third Avenue                  Talene N. Megerian, Esq.
Suite 1100
New York, NY 10022
Attorneys for Defendant

**Norman A. Mordue, Chief Judge U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

      That pursuant to the status report filed February 16, 2011 (Dkt. No. 49) , the parties have

entered into an agreement in settlement of all claims in this action, and that they reasonably

anticipate finalizing their agreement shortly, following which this action will be discontinued,

with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED that the above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it further

ORDERED that the dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> a party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated.

IT IS SO ORDERED

Date:   February 17, 2011

_____
Norman A. Mordue
Chief United States District Court Judge